## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Carey Thompson Jones
Asst. Atty Gen., Dept. of Just
P.O. Box 94005
Baton Rouge LA 70804

<table>
<tr><td>Judgment on rehearing rendered and mailed to all parties or counsel of record on July 3, 2019</td></tr>
</table>

## REHEARING ACTION: July 3, 2019

**Docket Number: 19   00335-CW**

**JEFF LANDRY, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF LOUISIANA**
**VERSUS**
**SARA DUPLECHAIN, ET AL.**

**Writ Application from Vermilion Parish Case No. 104,728**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. D. Kent Savoie**
**Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Jeff Landry, Attorney General** is:

**STAY DENIED.  REHEARING DENIED.**

cc: Larry Lane Roy, Counsel for the Applicant
    Kelly F. Walsh, Counsel for the Applicant
    Brian Francis Blackwell, Counsel for  the Respondent
    Anthony Jerome Fontana, Jr., Counsel for  the Respondent
    Justin Merritt, Vermilion Parish School Board
    Jonas Mark Robinson, Counsel for  the Respondent